| | | | | |
|---|---|---|---|---|
| | **CIVIL MINUTES - GENERAL** | | | **'O'** |
| Case No. | 2:16-cv-01307-CAS(AJWx) | | Date | August 15, 2017 |
| Title | PHL VARIABLE INSURANCE COMPANY v. CRESCENT FINANCIAL & INSURANCE AGENCY, INC. ET AL | | | |

| | | | |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Catherine Jeang | Not Present | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE WHY CRESCENT FINANCIAL & INSURANCE AGENCY, INC.'S ANSWER SHOULD NOT BE STRICKEN (Dkt. 32, filed July 13, 2017)

On February 25, 2016, plaintiff PHL Variable Insurance Company ("PHL") brought this action against defendants Crescent Financial & Insurance Agency, Inc. ("Crescent") and Michael C. Monday, Crescent's director. Dkt. 1.

On May 16, 2017, the Court found good cause to permit counsel for both Crescent and Monday to withdraw. Dkt. 27. In its May 16, 2017 order, the Court noted that Crescent, which is a corporate entity, cannot appear pro se. See L.R. 83-2.2.2. Accordingly, the Court ordered the following:

> Counsel shall serve a copy of this minute order on Crescent forthwith, notifying Crescent of its obligation to obtain counsel within **thirty (30) days** of the date of this order. C.D. Cal. L.R. 83-2.3.4. Counsel shall advise Crescent that its failure to retain new counsel or otherwise respond within **thirty (30) days** may result in the imposition of sanctions or the entry of default. Counsel shall attach a copy of this order to the letter, and shall otherwise comply with all applicable rules of professional responsibility.

Dkt. 27-2.

On July 13, 2017, upon finding that Crescent failed to comply with the Court's May 16, 2017 order, the Court ordered Crescent to show cause no later than July 28, 2017 why its answer should not be stricken and default entered against it. Dkt. 32.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**      **'O'**

| Case No. | 2:16-cv-01307-CAS(AJWx) | Date | August 15, 2017 |
|---|---|---|---|
| Title | PHL VARIABLE INSURANCE COMPANY v. CRESCENT FINANCIAL & INSURANCE AGENCY, INC. ET AL | | |

On July 24, 2017, plaintiff served Monday with a copy of the Court's July 13, 2017 order. Dkt. 34.

Crescent has not filed any response to the Court's order to show cause. Accordingly, Crescent's answer is hereby **STRICKEN** and plaintiff is directed to seek entry of a Clerk's default and a default judgment against Crescent.

On July 19, 2017, plaintiff filed a supplement to its motion to continue the dates set during the September 12, 2016 scheduling conference. Dkt. 33; see dkt. 20 (original scheduling order). The Court granted the continuances that plaintiff seeks in its July 13, 2017 order. See dkt. 32 at 3. Accordingly, plaintiff's supplemental motion to continue is **DENIED** as moot.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |