# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY.<br><br>Plaintiff.<br><br>v.<br><br>CRESCENT FINANCIAL & INSURANCE AGENCY, INC., ET AL.<br><br>Defendants. | Case No. 2:16-CV-01307-CAS(AJWx)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>DATE: N/A<br>TIME: N/A<br>COURTROOM: 8D<br>JUDGE: Hon. Christina A. Snyder |

## **FINAL JUDGMENT**

The Court has entered judgment by default respectively against Defendants Crescent Financial & Insurance Agency, Inc. ("Crescent") and Michael C. Monday ("Monday"). (Dkts. 82, 85.) Accordingly, this FINAL JUDGMENT is made and entered in favor of Plaintiff PHL Variable Insurance Company and against Defendants in the following manner.

It is hereby ORDERED that Plaintiff is awarded $352.109.80 jointly and severally against Defendants.

Case No. 2:16-cv-01307         1
[PROPOSED] FINAL JUDGMENT

It is further ORDERED that Plaintiff is awarded $10,642.20 from and against Defendant Crescent in attorneys' fees.

It is further ORDERED that Plaintiff is awarded postjudgment interest on the amounts awarded herein at the rate determined by law.

It is further ORDERED that Plaintiff is awarded costs as the prevailing party and shall file a bill of costs.

The amounts awarded herein are in addition to the discovery sanctions award of $1,288.00 ordered on October 24, 2017. (Dkt. 43.)

All relief not awarded herein is hereby denied. This judgment is final and disposes of all claims and all parties.

**IT IS SO ORDERED.**

DATED: May 10, 2018

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge